UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING, | No. 2:16-cv-1438-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| LUCERO, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to serve discovery requests because he recently transferred to a new prison and was deprived of his legal materials for over a month. ECF No. 16. The court construes plaintiff's requests as one to modify the scheduling order.[1]

Good cause appearing, plaintiff's request for an extension of time, which the court construes as a motion to modify the scheduling order (ECF No. 16), is granted as follows: The parties may conduct discovery until April 14, 2017. Any motions necessary to compel discovery

/////

/////

---

[1] A scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

1

1 | shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36
2 | shall be served not later than February 24, 2017.  The Clerk shall terminate docket number 16.
3 |     So ordered.
4 | DATED:  February 13, 2017.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE